1  Cynthia L. Alexander, Esq.
   Nevada Bar No. 6718
2  Jennifer R. Hargis, Esq.
   Nevada Bar No. 11392
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone: (702) 784-5200
5  Facsimile: (702) 784-5252
   Email: calexander@swlaw.com
6         jhargis@swlaw.com

7  *Attorneys for Defendants WELLS FARGO BANK, N.A.*
   *(incorrectly named as AMERICA'S SERVICING COMPANY aka*
8  *WELLS FARGO HOME MORTGAGE)*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODMAN THOMS, an individual, and ROSELINE THOMS, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAS SERVICING COMPANY aka WELLS FARGO HOME MORTGAGE, and DOES I-X inclusive,<br><br>Defendants. | Case No. 2:10-CV-00482-RCJ-RJJ<br><br>**STIPULATION AND ORDER DISMISSING ALL CLAIMS WITH PREJUDICE** |

WHEREAS, RODMAN THOMS and ROSELINE THOMS ("Plaintiffs") and WELLS FARGO BANK, N.A., incorrectly named as America's Servicing Company aka Wells Fargo Home Mortgage ("Wells Fargo") on January 27, 2011 agreed to resolve this matter;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Rodman Thoms and Roseline Thoms, by and through their undersigned counsel of record, and Defendant Wells Fargo, by and through their undersigned counsel of record, that all of Plaintiffs' claims and causes of action against Wells Fargo be dismissed with prejudice.

/ / /

/ / /

12530765.2

1   IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiffs agree to release
2   the Notice of Lis Pendens recorded on February 26, 2010, in Book No. 20100226 as Instrument
3   No. 0002947 of the Official Records of Clark County, Nevada; and that Plaintiffs and Wells
4   Fargo will each bear their own attorneys' fees and costs.

| Dated: _____ | Dated: 3/31/11 |
|---|---|
| BOGGESS & HARKER | SNELL & WILMER L.L.P. |
| By: _____<br>Michael J. Harker, Esq.<br>5550 Painted Mirage Rd.<br>Suite 255<br>Las Vegas, NV 89149<br>*Attorneys for Plaintiffs* | By: _____<br>Cynthia L. Alexander, Esq.<br>Jennifer R. Hargis, Esq.<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway,<br>Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendants WELLS FARGO BANK, N.A. (incorrectly named as AMERICA'S SERVICING COMPANY aka WELLS FARGO HOME MORTGAGE)* |

### ORDER

**IT IS SO ORDERED.**

DATED: May 18, 2011

_____
~~DISTRICT COURT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

12530765.2

- 2 -

1  IT IS HEREBY FURTHER STIPULATED AND AGREED that Plaintiffs agree to release the Notice of Lis Pendens recorded on February 26, 2010, in Book No. 20100226 as Instrument No. 0002947 of the Official Records of Clark County, Nevada; and that Plaintiffs and Wells Fargo will each bear their own attorneys' fees and costs.

| Dated: 5-25-11 | Dated: |
|---|---|
| BOGGESS & HARKER | SNELL & WILMER L.L.P. |
| By: /s/ Michael J. Harker<br>Michael J. Harker, Esq.<br>5550 Painted Mirage Rd.<br>Suite 255<br>Las Vegas, NV 89149<br>*Attorneys for Plaintiffs* | By: _____<br>Cynthia L. Alexander, Esq.<br>Jennifer R. Hargis, Esq.<br>Snell & Wilmer L.L.P.<br>3883 Howard Hughes Parkway,<br>Suite 1100<br>Las Vegas, NV 89169<br>*Attorneys for Defendants WELLS FARGO BANK, N.A. (incorrectly named as AMERICA'S SERVICING COMPANY aka WELLS FARGO HOME MORTGAGE)* |

## ORDER

IT IS SO ORDERED.

DATED: MAY 18, 2011

_____
~~DISTRICT COURT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

12530765.2

- 2 -